
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14229 <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

**Pechman, Marsha J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Preg O'Donnel & Gillett |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Visa | Credit card | J |
| 2. ▨▨▨ college tuition | Periodic payment contract ▨▨▨ | K |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Advanta Bank Corp CD | | None | | | Sold | 04/15/10 | L | A | |
| 2. Bank Dep Sweep Opt (money market acct) | A | Interest | J | T | | | | | |
| 3. Cisco Systems | | None | J | T | | | | | |
| 4. Columbus Bank & Trust Co. CD | | None | | | Sold | 08/09/10 | K | A | |
| 5. Comerica Bank CD | | None | | | Sold | 04/29/10 | L | A | |
| 6. Davis New York Venture Fund Inc. Dl. Y | A | Dividend | J | T | | | | | |
| 7. Dodge & Cox Income | A | Dividend | J | T | | | | | |
| 8. Dodge & Cox International | A | Dividend | J | T | | | | | |
| 9. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 10. Emerson Electric | A | Dividend | J | T | | | | | |
| 11. EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 12. Exxon/Mobil Corp. | A | Dividend | K | T | Buy (add'l) | 09/14/10 | J | | |
| 13. Fairholme Funds Inc. | A | Dividend | K | T | | | | | |
| 14. Federated Money Mkt/ Tr Gov Obligs Fd Instl | | None | K | T | Buy | 01/07/10 | K | | |
| 15. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 16. General Electric | A | Dividend | J | T | | | | | |
| 17. Harbor Bond Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harris Assoc Inv Tr - Oakmark Eq&Inc Fund | | None | K | T | Buy | 04/29/10 | K | | |
| 19. | | | | | Buy (add'l) | 09/14/10 | J | | |
| 20. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 21. Oppenheimer Main Str Fund | A | Dividend | | | Sold | 01/07/10 | J | A | (see VIII. notes) |
| 22. Pioneer Cullen Value Fund Cl A | A | Dividend | | | Merged (with line 23) | 06/07/10 | J | A | (see VIII. notes) |
| 23. Pioneer Cullen Value Fund Cl Y | | None | J | T | Open | 06/07/10 | J | | (see VIII. notes) |
| 24. Professionally Mngd Fund Portfolio - Ostweis Funds | A | Dividend | K | T | | | | | |
| 25. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 26. Target | A | Dividend | J | T | | | | | |
| 27. Touchtone Instl Funds | | None | J | T | | | | | |
| 28. T Rowe Price Growth Stock Fund Inc. | A | Dividend | J | T | | | | | |
| 29. T Rowe Price Pers Strategy Funds Inc. | A | Dividend | J | T | | | | | |
| 30. Vanguard Bond Index Fund Sh Term Port Fund Cl - Inv | B | Dividend | L | T | Buy | 04/30/10 | K | | (see VIII. notes) |
| 31. | | | | | Sold (part) | 07/01/10 | L | B | |
| 32. Vanguard Fixed Income - Sh Term Inv Growth | D | Dividend | N | T | Buy (add'l) | 04/30/10 | K | | |
| 33. | | | | | Buy (add'l) | 07/01/10 | L | | |
| 34. | | | | | Buy (add'l) | 09/14/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inflation-Protected Securities | B | Dividend | K | T | | | | | |
| 36. Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Sold (part) | 01/07/10 | J | | |
| 37. Vanguard Short Term - Treas Admiral | A | Dividend | M | T | Sold (part) | 07/01/10 | L | | |
| 38. Vanguard Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 39. Vanguard Total Bond Mkt Index - Inv | A | Dividend | | | Buy | 01/07/10 | J | | |
| 40. | | | | | Merged (with line 41) | 10/19/10 | J | | (see VIII. notes) |
| 41. Vanguard Total Bond Mkt Index - Adm | A | Dividend | J | T | Open | 10/19/10 | J | | (see VIII. notes) |
| 42. Vanguard Total International Stock Index Fund | A | Dividend | K | T | | | | | |
| 43. Vanguard Total Stock Market Index Fund - Inv | A | Dividend | | | Merged (with line 44) | 10/19/10 | L | | (see VIII. notes) |
| 44. Vanguard Total Stock Market Index Fund - Adm | A | Dividend | L | T | Open | 10/19/10 | L | | (see VIII. notes) |
| 45. Vanguard Wellesley Income Fund | A | Dividend | J | T | | | | | |
| 46. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 47. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 21. A dividend of ▓ shares was declared on this holding on 12/3/09; it was sold on 01/07/09

VII. 22. Converted to Pioneer Cullen Value Fund Class Y on 06/07/10

VII. 23. Converted from Pioneer Cullen Value Fund Class A on 06/07/10

VII. 30. Vanguard Bond Index Fund Sh Term Port Fund Cl - Inv has been listed as "Vanguard Bond Index" in the 2008 and 2009 FDR's -- they are the same fund.

VII. 40. Converted to Vanguard Total Bond Mkt Index - Adm

VII. 41. Converted from Vanguard Total Bond Mkt Index - Inv

VII. 43. Converted to Vanguard Total Stock Market Index Fund - Adm

VII. 44. Converted from Vanguard Total Stock Market Index Fund - Inv

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544